UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                          Plaintiff,

                                          <u>ORDER</u>

                                          07-CR-6025L

           v.

TERRY BRENSON,

                          Defendant.
_____

      Defendant's motion (Dkt. #148) to defer payments toward his fine and penalty assessment, until he is released from custody is DENIED.

      IT IS SO ORDERED.

                                        _____
                                           DAVID G. LARIMER
                                         United States District Judge

Dated: Rochester, New York
         March 16, 2010.